IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AGRIFUND, LLC                                                                                                    PLAINTIFF

V.                                              CASE NO. 3:23-CV-255 JM

HUNEYCUTT FARMS LLC, and
THEODORE V. HUNEYCUTT, JR.                                                                       DEFENDANTS

CARGILL, INCORPORATED                                                              ADDITIONAL DEFENDANT

## ORDER

Before this Court is plaintiff Agrifund, LLC's motion for voluntary dismissal without prejudice of separate defendant Cargill, Incorporated filed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (Dkt. No. 13). Rule 41(a)(2) provides in part that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper . . . ." Fed. R. Civ. P. 41(a)(2). In response to plaintiff's motion, Cargill, Incorporated filed a response of no opposition stating that it does not oppose being dismissed from the case (Dkt. No. 16). Plaintiff's motion to dismiss and Defendant's response of no opposition state that Cargill, Incorporated's separate motion to dismiss (Dkt. Nos. 5, 6) is moot upon dismissal of defendant Cargill, Incorporated from this case.

Therefore, for good cause shown and pursuant to Rule 41(a)(2), the Court grants plaintiffs' motion for voluntary dismissal without prejudice of separate defendant Cargill, Incorporated (Dkt. No. 13). All claims in this case against Cargill, Incorporated are dismissed without prejudice. The Court denies as moot Cargill, Incorporated's pending motion to dismiss (Dkt. Nos. 5, 6).

US.361724044.01

It is so ordered, this the 26th day of January 2024.

_____
James M. Moody
United States District Judge

US.361724044.01